UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BARRY DIGGS                                          CIVIL ACTION

VERSUS                                               NUMBER: 10-00787

ROBERT TANNER, WARDEN                                SECTION: "J"(5)


## O R D E R

Having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the petitioner's objections to the Magistrate Judge's Report and Recommendation, the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Barry Diggs, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this  24th  day of  November        ,
2010.

_____
UNITED STATES DISTRICT JUDGE