Case 2:10-cv-00787-CJB   Document 21   Filed 05/24/11   Page 1 of 2

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   MAY 24 2011
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-31225
USDC No. 2:10-CV-787

BARRY DIGGS,

                              Petitioner-Appellant

v.

ROBERT TANNER, Warden, Rayburn Correctional Center,

                              Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Barry Diggs, Louisiana prisoner # 131445, seeks a certificate of appealability (COA) following the district court's dismissal of his 28 U.S.C. § 2254 petition in which he challenges his conviction for simple arson and the 20-year prison sentence the trial court imposed after adjudicating him a fourth felony offender. Diggs argues the merits of his claim and also argues that the district court erred in dismissing his petition on procedural grounds without reaching those merits.

    To obtain a COA, Diggs must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). When a district court's denial of federal habeas relief is based exclusively upon procedural grounds, "a COA should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the

petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Diggs has not met this standard. Accordingly, his motion for a COA is DENIED.

/s/ Jacques L. Wiener, Jr.

---

JACQUES L. WIENER, JR.
UNITED STATES CIRCUIT JUDGE

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana
18 MAY 2011

2